# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Grace Albanese,

    Plaintiff

v.

The Federal Bureau of Investigation,

    Defendant

2:17-cv-01614-JAD-PAL

**Order Adopting Report and Recommendation and Dismissing Case**

[ECF Nos. 1, 3]

Pro se plaintiff Grace Albanese brings this civil rights complaint against the FBI for violations of her due process and equal protection rights, and she also applied to proceed *in forma pauperis*.[1] Magistrate Judge Leen recommends that I deny Albanese's application to proceed *in forma pauperis* and, after screening her complaint, recommends that I dismiss this case.[2]

The report and recommendation was entered July 24, 2017, making August 7, 2017, the deadline to file an objection. Albanese has not filed any objection to the report and recommendation. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." Accordingly, with good cause appearing and no reason to delay, IT IS HEREBY ORDERED that Magistrate Judge Leen's report and recommendation **[ECF No. 3] is ACCEPTED and ADOPTED**; Albanese's request to proceed *in forma pauperis* **[ECF No. 1] is DENIED**; and Albanese's claims are **DISMISSED**. The Clerk of Court is directed to **CLOSE THIS CASE and enter judgment accordingly**.

DATED August 9, 2017.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF Nos. 1, 1-1.

[2] ECF No. 3.